THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anthony Tony Dye,       
Appellant.
 
 
 

Appeal From Greenwood County
Wyatt T. Saunders, Jr, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-740
Submitted October 15, 2003  Filed December 17, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor William Townes Jones, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Anthony Dye appeals from his 
 conviction on criminal domestic violence, arguing that the trial court erred 
 by not instructing the jury on the lesser charge of simple assault. Counsel 
 for Dye attached to the final brief a petition to be relieved as counsel. Dye 
 did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Dyes appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.